HONORABLE JUDGE ROBERT LASNIK
MAGISTRATE JUDGE S. KATE VAUGHAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE & RACISM INC. DBA FAIR FOR ALL, INC, and FAITH BOOHER-SMITH<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, and TIM LANG,<br><br>Defendants. | NO. 3:26-cv-05448-RSL-SKV<br><br>NOTICE OF APPEARANCE |

**TO:   CLERK OF THE ABOVE ENTITLED COURT; and**

**TO:   MARK C. LAMB, ASHLEY D. BURMAN, GARRETT GREENE, LEIGH ANN O'NEILL and ANDREW ZIMMITTI, Attorneys for Plaintiffs:**

The Defendants, WASHINGTON DEPARTMENT OF CORRECTIONS, and TIM LANG, without waiving objection as to jurisdiction of this Court, hereby enter their appearance in the above-entitled action by and through their attorneys, NICHOLAS W. BROWN, Attorney General, and KATRINA B. MANIS, Assistant

///

///

///

///

NOTICE OF APPEARANCE
NO. 3:26-cv-05448-RSL-SKV

1

Attorney General, and request that all future pleadings and correspondence be sent to said attorneys at the address given below.

I certify that this memorandum contains 91 words, in compliance with the Local Civil Rules.

RESPECTFULLY SUBMITTED this 10th day of June, 2026.

NICHOLAS W. BROWN
Attorney General

s/ Katrina B. Manis
KATRINA B. MANIS, WSBA #58249
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-456-3123
Katrina.Manis@atg.wa.gov

NOTICE OF APPEARANCE
NO. 3:26-cv-05448-RSL-SKV

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-456-3123