HONORABLE JUDGE ROBERT LASNIK
MAGISTRATE JUDGE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

FOUNDATION AGAINST INTOLERANCE & RACISM INC. DBA FAIR FOR ALL, INC, and FAITH BOOHER-SMITH

Plaintiffs,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, and TIM LANG,

Defendants.

NO. 3:26-cv-05448-RSL-SKV

NOTICE OF APPEARANCE

**TO:   CLERK OF THE ABOVE-ENTITLED COURT; and**

**TO:   MARK C. LAMB, ASHLEY D. BURMAN, GARRETT GREENE, LEIGH ANN O'NEILL and ANDREW ZIMMITTI, Attorneys for Plaintiffs:**

The Defendants, WASHINGTON DEPARTMENT OF CORRECTIONS, and TIM LANG, without waiving objection as to jurisdiction of this Court, hereby enter their appearance in the above-entitled action by and through their attorneys, NICHOLAS W. BROWN, Attorney General, and HEATHER R. STRAUB, Assistant

///

///

///

///

NOTICE OF APPEARANCE
NO. 3:26-cv-05448-RSL-SKV

1

Attorney General, and request that all future pleadings and correspondence be sent to said attorneys at the address given below.

I certify that this memorandum contains 90 words, in compliance with the Local Civil Rules.

RESPECTFULLY SUBMITTED this 10th day of June, 2026.

NICHOLAS W. BROWN
Attorney General

s/ Heather R. Straub
HEATHER R. STRAUB, WSBA #35348
Assistant Attorney General
Corrections Division
P.O. Box 40116
Olympia, WA 98504-0116
360-586-1445
Heather.Straub@atg.wa.gov

NOTICE OF APPEARANCE
NO. 3:26-cv-05448-RSL-SKV

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
P.O. Box 40116
Olympia, WA 98504-0116
360-586-1445