UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE & RACISM, INC. dba FAIR FOR ALL, INC., and FAITH BOOHER-SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>TIM LANG, in his official capacity as Secretary of the Department of Corrections, SCOTT RUSSELL, in his official capacity as the Deputy Secretary of the Department of Corrections, JOHN/JANE DOES 1-10, in their individual capacities,<br><br>Defendants. | NO. 3:26-cv-05448-RSL-SK<br><br>SUMMONS IN A CIVIL ACTION |

TO: SCOTT RUSSELL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on plaintiff's attorney an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on plaintiff's attorney, whose name and address is:



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

Mark C. Lamb
Carney Badley Spellman, P.S.
701 Fifth Ave., Suite 3600
Seattle, WA 98104-7010

/ /

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATED this 20th day of August, 2026.

CLERK OF THE COURT

Carrie J. Smith

*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE

***This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)***

This summons for [Name of individual and title, if any] was received by me on ________________________.

☐ I personally served the summons and complaint on the individual at: ______________________________ ______________________________ on ________________________; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with ______________________________, a person of suitable age and discretion who resides there, on ________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on ______________________________, who is designated by law to accept service of process on behalf of ________________ ______________________________ on ________________________; or

☐ I returned the summons unexecuted because ______________________________ ______________________________; or

☐ Other (specify): ______________________________ ______________________________ ______________________________

My fees are $________________ for travel and $__________________ for services, for a total of $__________________.

I declare under penalty of perjury that this information is true.

Date: ____________________________ ______________________________
*Server's signature*

______________________________
______________________________
*Printed name and title*

______________________________
______________________________
*Server's address*



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that I am an employee at Carney Badley Spellman, P.S., over the age of 18 years, not a party to nor interested in the above-entitled action, and competent to be a witness herein. On the date stated below, I caused to be served a true and correct copy of the foregoing document on the below-listed attorney(s) of record by the method(s) noted:

☒ Email and court e-filing website, which sends notification of such filing to the following:

***Attorneys for Defendants:***

Heather R. Straub, WBSA No. 35348
Katrina B. Manis, WSBA No. 58249
Noelle Green, WSBA No. 58629
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
Tel.: (509) 456-3123
Heather.Straub@atg.wa.gov
Katrina.Manis@atg.wa.gov
Noelle.Green@atg.wa.gov

☐ Legal messenger service, for delivery on ______________________, to the following:

☐ Overnight mail service, for delivery on ______________________, to the following:

☐ Via court e-filing website, which sends notification of such filing to the following:

☐ Other ______________________.

DATED this August 19, 2026.

______________________
Alicia E. Macklin, Legal Assistant
macklin@carneylaw.com



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020