HONORABLE JUDGE ROBERT LASNIK
MAGISTRATE JUDGE S. KATE VAUGHAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE & RACISM INC. DBA FAIR FOR ALL, INC, and FAITH BOOHER-SMITH<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, and TIM LANG,<br><br>Defendants. | NO. 3:26-cv-05448-RSL-SKV<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

**TO: CLERK OF THE ABOVE-ENTITLED COURT; and**

**TO: MARK C. LAMB, ASHLEY D. BURMAN, ISAAC A. LORING, LEIGH ANN O'NEILL and ANDREW ZIMMITTI, Attorneys for Plaintiffs:**

YOU AND EACH OF YOU PLEASE TAKE NOTICE that HEATHER R. STRAUB, Assistant Attorney General, hereby withdraws as counsel for the Defendant, TIM LANG in the above-referenced matter. The Defendant remains represented by Assistant Attorneys General KATRINA MANIS and NOELLE GREEN.

///

///

///

///



ATTORNEY GENERAL OF WASHINGTON
Corrections Division
P.O. Box 40116
Olympia, WA 98504-0116
360-586-1445

I certify that this memorandum contains 71 words, in compliance with Local Civil Rule 7(e).

RESPECTFULLY SUBMITTED this 14th day of September 2026.

NICHOLAS W. BROWN
Attorney General

*s/ Heather R. Straub*
HEATHER R. STRAUB, WSBA #35348
Heather.Straub@atg.wa.gov

*s/ Noelle Green*
NOELLE GREEN, WSBA #58629
Noelle.Green@atg.wa.gov
Assistant Attorneys General

Corrections Division
PO Box 40116
Olympia, WA 98504-0116
360-586-1445

*s/ Katrina B. Manis*
KATRINA B. MANIS, WSBA #58249
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
509-456-3123
Katrina.Manis@atg.wa.gov