DISTRICT JUDGE ROBERT LASNIK
MAGISTRATE JUDGE S. KATE VAUGHAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE & RACISM INC. DBA FAIR FOR ALL, INC, and FAITH BOOHER-SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, and TIM LANG,<br><br>Defendants. | NO. 3:26-cv-05448-RSL-SKV<br><br>NOTICE OF APPEARANCE |

**TO: CLERK OF THE ABOVE-ENTITLED COURT; and**

**TO: MARK C. LAMB, ASHLEY D. BURMAN, GARRETT GREENE, LEIGH ANN O'NEILL and ANDREW ZIMMITTI, Attorneys for Plaintiffs:**

The Defendants, TIM LANG and WASHINGTON DEPARTMENT OF CORRECTIONS, without waiving objections as to the jurisdiction of this Court, hereby enter their appearance in the above-entitled action by and through its attorneys, NICHOLAS W.



ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

BROWN, Attorney General, SEAN F. O'QUINN, Assistant Attorney General, and requests that all future pleadings and correspondence be sent to said attorneys at the address given below.

RESPECTFULLY SUBMITTED this 16th day of September, 2026.

NICHOLAS W. BROWN
Attorney General

s/ Sean F. O'Quinn
SEAN F. O'QUINN, WSBA #40135
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
sean.oquinn@atg.wa.gov