The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - TACOMA

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM, INC., dba FAIR FOR ALL, INC., and FAITH BOOHER-SMITH,<br><br>Plaintiffs.<br><br>vs.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, and TIM LANGE, in his official capacity as Secretary of the Department of Corrections,<br><br>Defendants. | NO. 3:26-cv-05448-RSL-SKV<br><br>NOTICE OF APPEARANCE<br><br>**Clerk's Action Required** |

PLEASE TAKE NOTICE that the undersigned attorney appears to represent Plaintiffs FOUNDATION AGAINST INTOLERANCE AND RACISM, INC., dba FAIR FOR ALL, INC., and FAITH BOOHER-SMITH in this action and requests that all further papers and pleadings, except original process, be served at the address stated below.

DATED this September 23, 2026

ELLIS, LI & McKINSTRY PLLC

By: *s/Nathaniel L. Taylor*
Nathaniel L. Taylor, WSBA No. 27174



Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565 Fax: 206.625.1052

1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com
*Attorneys for Plaintiffs*