The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - TACOMA

| | |
|---|---|
| FOUNDATION AGAINST INTOLERANCE AND RACISM, INC., dba FAIR FOR ALL, INC., and FAITH BOOHER-SMITH,<br><br>Plaintiffs.<br><br>vs.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, and TIM LANG, in his official capacity as Secretary of the Department of Corrections,<br><br>Defendants. | NO. 3:26-cv-05448-RSL-SKV<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE AND NOTING DATE ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT |

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Extend Briefing Schedule and Noting Date on Defendants' Motion to Dismiss Amended Complaint, Dkt. 36, and the Court having reviewed the stipulated motion and the files and records herein, and finding good cause, NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Parties' Stipulated Motion is GRANTED.

2. Plaintiffs' response to Defendants' Motion to Dismiss Amended Complaint (Dkt. 35) shall be filed on or before November 12, 2026.



Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565 Fax: 206.625.1052

3. Defendants' reply in support of the Motion to Dismiss Amended Complaint shall be filed on or before November 23, 2026.

4. The Clerk is directed to re-note Defendants' Motion to Dismiss Amended Complaint (Dkt. 35) for consideration on November 23, 2026.

DATED this 22nd day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

ELLIS, LI & McKINSTRY PLLC

By: *s/Nathaniel L. Taylor*

Nathaniel L. Taylor, WSBA No. 27174
Abigail J. St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: ntaylor@elmlaw.com

AMERICA FIRST POLICY INSTITUTE

By: *s/Isaac Loring*

Leigh Ann O'Neill (*pro hac vice*)
Andrew Zimmitti (*pro hac vice*)
Isaac A. Loring (*pro hac vice*)
1455 Pennsylvania Ave., N.W., Suite 225
Washington, D.C. 20004
Tel.: (703) 637-3690
LOneill@americafirstpolicy.com
azimmitti@americafirstpolicy.com

iloring@americafirstpolicy.com

*Attorneys for Plaintiffs*

NICHOLAS W. BROWN
Attorney General

By: *s/Katrina Manis*

Katrina B. Manis, WSBA No. 58249
Sean F. O'Quinn, WSBA No. 40135
Noelle Green, WSBA No. 58629
Assistant Attorneys General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
Telephone: (509) 456-3123
Email: Katrina.Manis@atg.wa.gov
Sean.OQuinn@atg.wa.gov
Noelle.Green@atg.wa.gov

*Attorneys for Defendants*